# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Dubuque Barge and Fleeting Service dba | ) | ASBCA No. 61342 |
| Newt Marine Service | ) | |
| | ) | |
| Under Contract No. W9128F-08-D-0014 | ) | |

APPEARANCES FOR THE APPELLANT:      Paul R. Hurst, Esq.
Michael J. Navarre, Esq.
  Steptoe & Johnson LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Erin K. Murphy, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61342, Appeal of Dubuque Barge and Fleeting Service dba Newt Marine Service, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Dubuque Barge and Fleeting Service dba | ) ASBCA No. 61342 |
| Newt Marine Service | ) |
| | ) |
| Under Contract No. W9128F-08-D-0014 | ) |

APPEARANCES FOR THE APPELLANT:      Paul R. Hurst, Esq.
                                    Michael J. Navarre, Esq.
                                      Steptoe & Johnson LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Erin K. Murphy, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61342, Appeal of Dubuque Barge and Fleeting Service dba Newt Marine Service, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals